# United States District Court

for the

## Eastern District of Pennsylvania

December 8, 2020

U.S.A. vs. Thomas Robertson                                          Case No. 2:10:CR000757-001

## VIOLATION OF SUPERVISED RELEASE

COMES NOW Jeremy Carrion U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Thomas Robertson, who was placed on supervised release by the Honorable Juan R. Sánchez, Chief Judge sitting in the Court at Philadelphia, Pennsylvania, on the 25th day of July 2011, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

| | |
|---|---|
| ORIGINAL OFFENSE: | Conspiracy (Count One); bank fraud (Counts Two, Six, Seven, 10, 12, 14, 24, 26, 27, 30, 32, 34, and 38); false statements to obtain a loan aiding and abetting (Count Three, Four, Five, Eight, Nine, 11, 13, 15 through 23, 25, 26, 28, 29, 31, 33, 35, 36, and 37); and using a fraudulent passport (Count 40). |
| ORIGINAL SENTENCE: | The defendant was sentenced to the custody of the U.S. Bureau of Prisons for a term of 60 months on Count One and 96 months on each of Counts Two through 38, and Count 40, all terms to run concurrently; to be followed by a five year term of supervised release as follows: three years on each of Counts One and 40, and five years on each of Counts Two through 38, all such terms to run concurrently. A $3,900.00 special assessment was also imposed. |
| SPECIAL CONDITIONS: | 1) The defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income; 2) The defendant shall refrain from all gambling activities, legal or otherwise. The defendant is to attend Gamblers Anonymous or similar treatment, as approved by the Court after receiving a recommendation by the U.S. Probation Office. The defendant shall abide by the rules of said treatment and shall remain in treatment until satisfactorily discharged with the approval of the Court; 3) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendant shall not encumber or liquidate any interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court; 4) It is further ordered that the defendant shall pay restitution in the amount of $1,209,064.00. |

**RE: Robertson**, Thomas
**Case No.** 2:10CR000757-001

|  |  |
|---|---|
|  | The defendant shall satisfy this amount due in monthly installments of not less than $200.00; 5) The defendant shall be evaluated and follow recommended treatment for his drug addiction as approved by the Court after receiving a recommendation by the U.S. Probation Office, and defendant shall abide by the rules of any said program and remain in treatment for drug addiction until he is satisfactorily discharged with the approval of the Court; and 6) The defendant shall also be evaluated and submit himself to treatment as approved by the Court after receiving a recommendation by the U.S. Probation Office regarding anger management, and he shall abide by the rules of any said program and remain in treatment until he is satisfactorily discharged with the approval of the Court. |
| MODIFICATION: | On February 16, 2018, the Court modified the conditions of Supervised Release to include the following: The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance |
| MODIFICATION: | On March 8, 2018, the Court again modified the conditions of Supervised Release to include the following: The defendant shall participate in a mental health program for evaluation and/or treatment and abide by the rules of any such program until satisfactorily discharged |
| DATE SUPERVISION COMMENCED: | October 25, 2017 |
| DATE SUPERVISION TERMINATES: | October 24, 2022 |

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

**RE: Robertson**, Thomas
**Case No.** 2:10CR000757-001

A.   <u>General Condition</u>: While on supervised release you shall not commit another Federal, state or local crime and shall not illegally possess a controlled substance. Revocation of probation and supervised release is mandatory for possession of a controlled substance.

On November 19, 2020, Mr. Thomas Robertson was indicted by way of grand jury. Mr. Robertson was charged with 18 U.S.C. § 1344(2) (bank fraud- 2 counts); and 18 U.S.C. § 1014 (false statements on loan applications- 2 counts).

According to the indictment, from October 17, 2018 through October 19, 2018 in the Eastern District of Pennsylvania, Mr. Robertson knowingly executed a scheme to obtain the money, credits, assets, securities, and other property owned by a financial institution of Sun East Federal Credit Union, by means of false and fraudulent pretenses, representations and promises.

Additionally, from November 2018 through June 2019, Mr. Robertson re-engaged in similar conduct as summarized above, in which he knowingly executing a scheme to obtain the money, credits, assets, securities, and other property owned by the Pennsylvania State Employee's Credit Union, by means of false and fraudulent pretenses, representations and promises.

On January 9, 2019, in the Eastern District of Pennsylvania, Mr. Robertson knowingly made to Medallion Bank, false statements for the purpose of influencing the actions of the financial institutions, in that Mr. Robertson submitted two fake paystubs in his name that falsely overstated his bi-weekly and year-to-date income, knowing that the statements were false, for the purpose of obtaining a $10,000 loan.

This alleged criminal conduct would conclude on April 27, 2019, in the Eastern District of Pennsylvania, where Mr. Robertson knowingly made to Ally Financial, false statements for the purpose of influencing the actions of the financial institutions. He falsely overstated his monthly income and length of employment, knowing that the statements were false, for the purpose of obtaining a $40,890.70 vehicle loan.

Mr. Robertson is scheduled to self-surrender to the U.S Postal Inspector's office on December 8, 2020. Pursuant to self-surrender, Mr. Robertson will be virtually arraigned before a Magistrate Judge.

**GRADE OF VIOLATION**                                                                                          <u>**A**</u>

**RE: Robertson**, Thomas
**Case No.** 2:10CR000757-001

 B. <u>Special Condition:</u> The defendant shall pay restitution in the amount of $1,209,064.00. The defendant shall satisfy this amount due in monthly installments of not less than $200.00.

   Mr. Thomas Robertson has failed to make monthly payments as directed by this officer. The last payment received was on July 8, 2019, in the amount of $200.00, leaving a balance of $1,172,216.89. Additionally, the defendant has failed to provide requested financial documents as instructed.

  **GRADE OF VIOLATION**  <u>C</u>

**RE: Robertson**, Thomas
Case No. 2:10CR000757-001

| | |
|---|---|
| PRAYING THAT THE COURT WILL ORDER... | **THE ISSUANCE OF A SUMMONS DIRECTING THE NAMED PROBATIONER TO APPEAR AT A PROBATION REVOCATION HEARING.** |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Adam Peterson
*Digitally signed by Adam Peterson*
*Date: 2020.12.08 11:58:00 -05'00'*

Adam Peterson
Supervising U.S. Probation Officer

<u>Philadelphia, Pennsylvania</u>
Date December 8, 2020

JWC

cc: Assistant U.S. Attorney
    Defense Attorney
    Defendant – Summons

ORDER OF THE COURT

Considered and ordered this  8th  day of  December, 20 20  and ordered filed and made part of the records in the above case.

   /s/Juan R. Sanchez
U.S. District Court Judge