IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 10-757 |
| | : | |
| THOMAS ROBERTSON | : | |

**ORDER DISMISSING THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

AND NOW THIS 30th day of October, after consideration of the fact that no summons was ever served in this matter, THIS COURT dismisses the petition for violation of supervised release as there is no jurisdiction to impose a violation or a sentence. The supervised release in this matter is considered to have expired.

SO ORDERED,

_____

The Honorable Juan R. Sanchez
Chief Judge, United States District Court

123725634-1